

Activity in Case MDL No. 2326 IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
09/26/2013 11:36 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 9/26/2013 at 2:36 PM EDT and filed on 9/26/2013
**Case Name:**     IN RE: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
**Case Number:**   MDL No. 2326
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-87) Finalized on 9/26/13. Please see pleading (3 in KS/2:13-cv-02456, [824] in MDL No. 2326, 3 in NV/2:13-cv-01640).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/26/2013.**

**Associated Cases: MDL No. 2326, KS/2:13-cv-02456, NV/2:13-cv-01640 (LH)**

| | |
|---|---|
| **Case Name:** | Odor et al v. Boston Scientific Corporation et al |
| **Case Number:** | NV/2:13-cv-01640 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-87) Finalized on 9/26/13. Please see pleading (3 in KS/2:13-cv-02456, [824] in MDL No. 2326, 3 in NV/2:13-cv-01640).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/26/2013.**

**Associated Cases: MDL No. 2326, KS/2:13-cv-02456, NV/2:13-cv-01640 (LH)**

| | |
|---|---|
| **Case Name:** | Biesterfeld v. Ethicon, Inc. et al |
| **Case Number:** | KS/2:13-cv-02456 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-87) Finalized on 9/26/13. Please see pleading (3 in KS/2:13-cv-02456, [824] in MDL No. 2326, 3 in NV/2:13-cv-01640).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

**Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the S.D. West Virginia for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 9/26/2013.**

**Associated Cases: MDL No. 2326, KS/2:13-cv-02456, NV/2:13-cv-01640 (LH)**

**No public notice (electronic or otherwise) sent because the entry is private**